# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ABDULLAH EZZELDIN TAHA MOHAMED HASSAN,<br><br>Defendant. | Case No.  1:25-cr-00044<br><br>*EX PARTE* SUBMISSION UNDER SEAL<br><br>HON. ROSSIE D. ALSTON, JR. |

## ABDULLAH HASSAN'S *EX PARTE* BRIEF REGARDING POTENTIAL DEFENSES MATERIAL TO THE COURT'S CIPA § 4 CONSIDERATION