**Criminal Case Cover Sheet**                    FILED: REDACTED                    **U.S. District Court**

**Place of Offense:**          ☐ Under Seal                    **Judge Assigned:** Hon. Rossie D. Alston, Jr.

City: Falls Church          Superseding Indictment: X          **Criminal No.** 1:25-cr-44

County: Fairfax          Same Defendant: X          New Defendant:

Magistrate Judge Case No. 1:24-MJ-498          **Arraignment Date:**

Search Warrant Case No.          R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Abdullah Ezzeldin Taha Mohamed    Alias(es):          ☐ Juvenile  FBI No.

**Address:** XXXXXXXXXXXXX, FALLS CHURCH, VA

Employment:

**Birth Date:** XX/XX/2006    **SSN:**          **Sex:** Male    Race: Black    Nationality:

**Place of Birth:**    Height:    Weight: 6'    Hair: 150    Eyes:    Scars/Tattoos:

☐ Interpreter  **Language/Dialect:**          Auto Description:

**Location/Status:**

**Arrest Date:**          ☒ Already in Federal Custody as of: Jan 17, 2024    in: ADC

☐ Already in State Custody          ☐ On Pretrial Release          ☐ Not in Custody

☐ Arrest Warrant Requested          ☐ Fugitive          ☐ Summons Requested

☐ Arrest Warrant Pending          ☐ Detention Sought          ☐ Bond

**Defense Counsel Information:**

**Name:** Abdel-Rahman Hamed, Esq.          ☐ Court Appointed  · Counsel Conflicts:

Address: P.O. Box 25085, Washington, D.C. 20027          ☐ Retained

Phone: (202) 888-8846          ☐ Public Defender          ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Gavin R. Tisdale; Sehar F. Sabir          **Phone:** 703-299-3964    Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Tyler Ellefson, Special Agent, Federal Bureau of Investigation, Washington Field Office

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 2339B | attempting to provide material sup | 1 | Felony |
| Set 2: | 18 U.S.C. § 842(p)(2)(A) | distribution of information relating | 1 | Felony |
| Date: | 2/12/2026 | **AUSA Signature:** /s/ Gavin R. Tisdale | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. § 1512(c)(1) | attempting to destroy, alter, or con... | 1 | Felony |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form          Reset Form