Date:  2/18/2026 _____  Judge:  Alston _____  Reporter:  T. Harris _____
Time:  11:17 to 11:24

UNITED STATES of AMERICA
              Vs.

Abdullah Ezzeldin Taha Mohamed Hassan _____  1:25-cr-44-001 _____
Defendant's Name                        Case Number

Abdel-Rahman Hamed _____  Gavin R. Tisdale, Sehar F. Sabir _____
Counsel for Defendant                   Counsel for Government

Matter called for:
( ) Motions                ( ) Setting Trial Date      ( ) Change of Plea Hrg.     ( ) Rule 35
(✔) Arraignment on         ( ) Appeal from USMC        ( ) Sentencing             ( ) Rule 20 & Plea
Superseding Indictment
( ) Probation/Supervised Release Hrg.                  ( ) Pre-Indictment Plea    ( ) Other: _____

Defendant appeared:        (✔) in person              ( ) failed to appear
                           (✔) with Counsel           ( ) without counsel        ( ) through counsel

Deft WFA, PNG and demanded a jury trial.

Jury Trial remains on 12/7/2026 at 9:00 as previously set.

Waiver of Speedy Trial entered and filed in open court


Bond Set at:  $_____  ( ) Unsecured         ( ) Surety              ( ) Personal Recognizance
( ) Release Order Entered   (✔) Deft. Remanded   ( ) Deft. Released on Bond  ( ) Deft. Continued on Bond

Defendant is:  (✔) In Custody   ( ) Summons Issued   ( ) On Bond   ( ) Warrant Issued   ( ) 1st appearance