

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| ) | **Criminal Action** |
| **vs.** ) | |
| ) | No.: 25-cr- 44 |
| ABDULLAH HASSAN ) | |
| ) | |

## WAIVER OF RIGHTS PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(c)(1)

I acknowledge that I have been advised by the Court of my statutory right to have my trial commence within SEVENTY (70) DAYS of the filing date of the charges against me or from the date of my first appearance before a judicial officer, whichever occurred later, and after consultation with my attorney,

I hereby CONSENT to the commencement of my trial on a date which exceeds the statutory SEVENTY (70) DAY limit, because the ends of justice are served by the instant continuance of this case.

Date: 2/18/2026

_____
**Defendant**

_____
**Counsel for the Defendant**