IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:25-CR-44 |
|  | : |  |
| v. | : | FILED IN CAMERA, EX PARTE |
|  | : | AND UNDER SEAL WITH THE |
|  | : | CLASSIFIED INFORMATION |
| ABDULLAH EZZELDIN TAHA | : | SECURITY OFFICER |
| MOHAMED HASSAN | : |  |
|  | : |  |

**UNITED STATES' EX PARTE, CLASSIFIED NOTICE REGARDING AVAILABILITY OF CLASSIFIED DOCUMENTS FOR THE COURT'S REVIEW OF THE GOVERNMENT'S MOTIONS UNDER SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT**